# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **TEDDY RAY FRAZIER,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:17-cv-01461 |
| | ) **CHIEF JUDGE CRENSHAW** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court: (1) deny Frazier's Motion for Judgment on the Record (Doc. No. 14); (2) dismiss the case; and (3) enter judgment in favor of the Commissioner. (Doc. No. 17.) No objections have been filed to the Magistrate Judge's Report and Recommendation. After a *de novo* review of the record, the Court agrees that Frazier's Motion for Judgment on the Record should be denied and that the instant action should be dismissed with prejudice. Therefore, the Report and Recommendation (Doc. No. 17) is **ADOPTED**.

Accordingly, Frazier's Motion for Judgment on the Record (Doc. No. 14) is **DENIED**. The instant action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE